# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ROSALIE L. ROSE, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>COMMISSIONER OF SOCIAL SECURITY, )<br>)<br>Defendant. )<br>) | Civil No. 3:17-cv-00987-JPG-CJP |

## MEMORANDUM AND ORDER

Plaintiff Rosalie L. Rose has filed a motion to dismiss her case with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). (ECF No. 11.) That rule allows a plaintiff to dismiss their action before the opposing party has either served an answer or filed a motion for summary judgment. Rose has met the requirements of that rule, so the Court **GRANTS** Rose's motion and **FINDS** that this case is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

**DATE: AUGUST 2, 2018**

                                                                                  **s/ *J. Phil Gilbert***
                                                                                  **J. PHIL GILBERT**
                                                                                  **DISTRICT JUDGE**